IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENNY JONES,<br>   *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-60 |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC,<br>   *Defendant.* | § § § § | |

## NOTICE OF REMOVAL

Defendant, Outback Steakhouse of Florida, LLC ("Outback"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the Texas state court action captioned *Penny Jones v. Outback Steakhouse of Florida, LLC.; In the 190th Judicial District, Harris County, Texas.* In support of this Notice of Removal, Outback respectfully shows the following:

### I.
### INTRODUCTION

1. This is a premises liability case arising from an alleged injury suffered by Plaintiff Penny Jones on March 4, 2017 while a patron at Outback's restaurant located in Sugar Land, Texas. Plaintiff is a Texas resident and seeks relief of more than $75,000. Outback is a Florida limited liability company with its principal office located in Florida. Outback therefore removes this action pursuant to 28 U.S.C. § 1332 on the basis of complete diversity between the parties.

### II.
### BACKGROUND

2. Pursuant to Rule 81 of the Local Rules of the United States District Court for the Southern District of Texas, Outback is attaching only the following documents to this Notice:

(1) All executed process in the case (**Exhibit B**, Return of Service);

  (2) Pleadings asserting causes of action (**Exhibit A**, Plaintiff's Original Petition) and all answers to such pleadings (**Exhibit C**, Outback's Answer);

  (3) All orders signed by the state judge (*None*);

  (4) The docket sheet (**Exhibit D**);

  (5) An index of matters being filed (**Exhibit E**); and

  (6) A list of all counsel of record, including addresses, telephone numbers and parties represented (**Exhibit F**).

  3. On December 1, 2017, Plaintiff Penny Jones filed her Original Petition against Outback in the 190th Judicial District Court of Harris County, Texas under cause number 2017-80174. (**Exhibit A**).

  4. On December 12, 2017, Outback was served with Plaintiff's lawsuit through its registered agent. (**Exhibit B**, Return of Service).

  5. On January 2, 2018, Outback filed its Answer to Plaintiff's Original Petition in Harris County District Court. (**Exhibit C**, Outback's Answer).

  6. Plaintiff avers in her Original Petition that she is a Texas resident. (**Exhibit A**, ¶ 2).

  7. Plaintiff avers in her Original Petition that Outback is a foreign limited liability company. (**Exhibit A**, ¶ 3).

  8. Plaintiff avers in her petition that she is entitled to monetary relief over $200,000 but not more than $1,000,000. (**Exhibit A**, ¶ 5).

  9. Because complete diversity exists between Plaintiff and Outback and because the amount in controversy is more than $75,000, Outback files this removal seeking to invoke the original jurisdiction of the United States District Court for the Southern District of Texas.

10. This Notice of Removal is filed within 30 days of service of Plaintiff's Original Petition on Outback, and is therefore timely under 28 USC § 1446.

11. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Outback will give written notice of the removal to Plaintiff through her attorney of record, and to the clerk of the 190th Judicial District of Harris County, Texas.

## II.
## JURISDICTION

12. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removable to this Court pursuant to 28 U.S.C. § 1441(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

**A.   Diversity of Parties**

13. Plaintiff is domiciled in Harris County, Texas. Therefore, pursuant to 28 U.S.C. § 1332(a), Plaintiff is a citizen of the State of Texas.

14. Outback is organized under the laws of Florida and maintains its principal place of business in Tampa, Florida. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), Outback is a citizen of the State of Florida.

15. Accordingly, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).

**B.   Amount in Controversy**

16. Plaintiff's Original Petition states that Plaintiff seeks monetary relief "over $200,000.00 but not more than $1,000,000.00." *See* **Exhibit A,** ¶ 5. The threshold for diversity jurisdiction, $75,000, is therefore met by the allegations of Plaintiff's Original Petition.

17. The amount in controversy plainly exceeds $75,000, exclusive of interest and costs. *See* **Exhibit A**. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

### III.
### CONCLUSION

18. Removal of this action under 28 U.S.C. § 1441(a) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

19. WHEREFORE, Defendant Outback Steakhouse of Florida, LLC hereby provides notice that this action is duly removed.

Respectfully submitted,

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

BY: */s/ Peter J. Strelitz*
　　　Peter J. Strelitz – Lead Counsel
　　　Texas Bar No. 24003017
　　　Southern District Bar No. 274579
　　　pstrelitz@smsm.com
　　　William J. Young
　　　Texas Bar No. 24081567
　　　Southern District Bar No. 1552050
　　　wjyoung@smsm.com
　　　100 Congress Avenue, Suite 800
　　　Austin, TX 78701
　　　Phone: (512) 476-7834
　　　Fax: (512) 476-7832

ATTORNEYS FOR DEFENDANT OUTBACK STEAKHOUSE OF FLORIDA, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via email and certified mail/return receipt requested on this 9th day of January, 2017:

Brock C. Akers
THE AKERS FIRM, PLLC
3401 Allen Parkway, Suite 101
Houston, Texas 77019
bca@akersfirm.com

                                         */s/ Peter J. Strelitz*
                                         Peter J. Strelitz