UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Penny Jones, | § | |
|     Plaintiffs, | § § § | |
| versus | § § | Civil Action H-18-60 |
| Outback Steakhouse of Florida, LLC, | § § | |
|     Defendant. | § § | |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By October 10, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

Signed on September 10, 2018, at Houston, Texas.

                             Lynn N. Hughes
                        United States District Judge