UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Penny Jones, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-60 |
| Outback Steakhouse of Florida, LLC, | § § § | |
| Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice. (15)

2. This court retains jurisdiction to enforce the settlement.

Signed on October __15__, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge